[L. A. No. 8649. In Bank.—April 4, 1927.]

## A. J. DANIELS, Respondent, v. ANNA M. COLKINS, Appellant.

[1] JUDGMENTS — DEFAULT — APPLICATION TO SET ASIDE — PUBLICA-
TION OF SUMMONS.—An application for relief from a default
judgment, obtained after publication of summons, which is made
within three months after the entry thereof, is seasonably pre-
sented; and where such application is accompanied by a suffi-
cient affidavit of merits and a proposed verified answer setting
forth a good defense to the complaint, it is incumbent upon the
trial court to vacate and set aside the default judgment com-
plained of.

(1) 34 C. J., p. 430, n. 84.

APPEAL from an order of the Superior Court of Los
Angeles County. F. C. Valentine, Judge. Reversed.

The facts are stated in the opinion of the court.

Woodruff & Shoemaker for Appellant.

T. C. Gould for Respondent.

THE COURT.—This is an appeal by the defendant from
an order of the superior court of the county of Los Angeles
refusing to set aside and vacate a default judgment ob-
tained after publication of summons. The appeal was
placed upon a special calendar of this court upon an order
to the respondent to show cause why said order appealed
from should not be reversed, or that such order be made
as might be meet in the premises. At the time of the plac-
ing of said cause upon said calendar and the entry of said
order to show cause it appeared that the appellant's brief
had been filed herein but that no brief on behalf of the re-
spondent had been filed, although the time for the filing of
such brief under the rules of this court had long since ex-
pired. Respondent failed to appear upon the calling of

1. See 14 Cal. Jur. 1052, 1062.

said calendar and the order to show cause was thereupon submitted.

[1] The appellant's application for relief from said default judgment, obtained after publication of summons, was made and denied within three months from the entry thereof, and such application was therefore seasonably presented. (Code Civ. Proc., sec. 473.) An examination of the record discloses that with the notice of motion for relief under section 473 of the Code of Civil Procedure there was filed by the appellant a good and sufficient affidavit of merits, together with a copy of her proposed verified answer to the complaint, which proposed answer contains allegations constituting a good defense to the action. The application for relief having been seasonably made and having been accompanied by a sufficient affidavit of merits and a proposed verified answer setting forth a good defense to the complaint herein, it was incumbent upon the trial court to vacate and set aside the default judgment complained of. (*Gray* v. *Lawlor,* 151 Cal. 352 [12 Ann. Cas. 990, 90 Pac. 691]; *Hoffman* v. *Superior Court,* 151 Cal. 386 [90 Pac. 939]; *Lilly-Brackett Co.* v. *Sonnemann,* 157 Cal. 192 [21 Ann. Cas. 1279, 106 Pac. 715]; *Boland* v. *All Persons,* 160 Cal. 486 [117 Pac. 547]; *Osmont* v. *All Persons,* 165 Cal. 587 [133 Pac. 480]; *Beggs* v. *Riordan,* 44 Cal. App. 230 [186 Pac. 187].)

For the foregoing reasons the order appealed from is reversed, with directions to the court below to vacate and set aside the default judgment entered against the appellant herein and to permit said appellant to file her proposed verified answer.